[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
NOV 14 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Plaintiff
Jetun Jefferson
v.
Defendant
Metra

Case Number: 17CV9070

Judge: Sharon Johnson Coleman

Magistrate Judge:

Motion Complaint

Motion to reopen up my Case Number 17CV9070 against Metra. I have Evidence against Metra show Video of how I was injury on metra property on 8'15'2016

1) Race
2) Age start 59-61 old
3) Disability

Jetun Jefferson
11'14'2018

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]