[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Plaintiff )
Jetun Jefferson )
v. ) Case Number: 17cv9070
 )
 ) Judge: Sharon Johnson Coleman
 )
 )
Defendant )
Metra ) NOTICE OF MOTION

TO: _____

**FILED**
NOV 1 4 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**PLEASE TAKE NOTICE** that on 11'20'2018 at 845AM, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Sharon Johnson Coleman or any judge sitting in his or her stead in **Courtroom** 1425 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

Motion Complaint

### CERTIFICATE OF SERVICE

I hereby certify that on _____, I provided service to the person or persons listed above by the following means: _____

Signature: /s/ Jetun Jefferson          Date: 11'14'2018

Name (Print): Jetun Jefferson

Address: Jetyn Jefferson          Phone: 773931-7814
Chgo Ill 60693

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]