[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

11/8/2018

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

FILED
NOV 16 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Plaintiff: Jetun Jefferson

v.

Defendant: METRA

Case Number: 17cv9070

Judge: Sharon Johnson Coleman

Magistrate Judge: Sheila M Finnegan

Motion Complaint

Motion to reopen up my Case Number 17cv9070 against Metra. I have Evidence against metra. Show video of how I was injury on metra property on 8/15/2016

1) Race Black man
2) Age 59 old injury / 61 old 2018
3) Disability
4) Retaliation
5) Video injury
   Doctor paper
   Disability paper
   Retaliation paper

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]