## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Jetun Jefferson
      Plaintiff,

v.              Case No.: 1:17−cv−09070
               Honorable Sharon Johnson Coleman

Metra
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 19, 2018:

  MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's motion for complaint [40] is entered and continued to 11/27/2018 at 8:45 AM. No appearance necessary on 11/20/2018. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.