# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Jetun Jefferson
                Plaintiff,

v.                                   Case No.: 1:17−cv−09070
                                          Honorable Sharon Johnson Coleman

Metra
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 27, 2018:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 11/27/2018. Plaintiff's motions for leave to file an amended complaint [40]/[44]/[45] are entered and continued. This case is referred to Magistrate Judge Finnegan for settlement only. The Court will appoint settlement assistance counsel on the plaintiff's behalf. A status hearing is set for 1/4/2019 at 11:00 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.