# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Jetun Jefferson

                    Plaintiff,

v.                                  Case No.: 1:17–cv–09070

                                  Honorable Sharon Johnson Coleman

Metra

                    Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

        Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Sheila M. Finnegan for the purpose of holding proceedings related to: settlement conference. Mailed notice. (ym, )

Dated: November 27, 2018

                                      /s/ Sharon Johnson Coleman

                                      United States District Judge