[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FILED
DEC 27 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Plaintiff: Jetun Jefferson

v.

Defendant: METRA

Case Number: 17cv9070
Judge: Sharon Johnson Coleman
Magistrate Judge: Sheila M Finnegan

My Demonds

1) Two million; one million
2) metra; Full Pension 65yr old 7yr 2022 End works
3) Metra; All medical and Insurance Bills
4) Aetna; 9,300.00 Bills
5) Ati P.T; 4,000.00 Bills
6) My Lawyer fees
7) Court Costs
8) my United Health Care Insurance will end 12/31/2018 and I feel that Metra is responsible for my injury and they need to still continue to pay for my Insurance.

I am still seeing my doctors for my injury to my Right side Leg Ankle and Foot.

1) Retaliation 17cv9070
2) my injury Right side 18cv3555
3) wrongful Temination
4) metra; No show my video injury

Jetun Jefferson
12/14/2018

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]