## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Jetun Jefferson
                    Plaintiff,

v.                                     Case No.: 1:17−cv−09070
                                                    Honorable Sharon Johnson Coleman

Metra
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 4, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 1/4/2019. Plaintiff's case before Judge Norgle has also been referred to Magistrate Judge Finnegan. Status hearing set for 2/4/2019 at 9:00 AM to ensure that a settlement assistance counsel has been appointed and an appearance has been filed. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.